JOSEPH VESPIE, PLAINTIFF-PETITIONER, v. CHARLES B. DiMARCO, DEFENDANT-RESPONDENT.

On petition for certification to Superior Court, Appellate Division.

*Messrs. Schreiber, Lancaster & Demos* and *Mr. Gerald W. Conway* for the petitioner.

*Messrs. Kisselman, Devine, Deighan & Montano* and *Mr. Michael Patrick King* for the respondent.

April 13, 1964. Granted.

NEW JERSEY POWER & LIGHT COMPANY, PLAINTIFF-RESPONDENT, v. JOSEPH CUNNINGHAM, *ET AL.*, DE-FENDANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate Division.

*Mr. John Francis Cannon* for the petitioners.

*Mr. Robert O. Brokaw* for the respondent.

April 13, 1964. Denied.